FILED

09/14/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0199

IN THE SUPREME COURT OF THE STATE OF MONTANA
No. DA 19-0199

In the Matter of:

S.G.-H.M., Jr.,

    A Former Youth under the Age of 18.

## GRANT OF EXTENSION OF TIME

    Pursuant to authority granted under M. R. App. P. 26(1), Plaintiff and

Appellee the State of Montana is given an extension of time to and including

**October 19, 2020** to prepare, file, and serve its response brief.

    DATED this _____ day of September, 2020.

_____
BOWEN GREENWOOD
Clerk of the Supreme Court

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
September 14 2020